AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California ▾

| | | |
|---|---|---|
| MARGARET HALLAHAN | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No.   3:21-cv-01304-WHO |
| TS TECH SOLUTIONS, LLC et al. | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants TS Tech Solutions, LLC and Alamy Limited                                                            .

Date:      05/25/2021

_Attorney's signature_

Nancy E. Wolff (133334)
_Printed name and bar number_

9454 Wilshire Blvd, Suite 901
Beverly Hills, CA 90212

_Address_

nwolff@cdas.com
_E-mail address_

(310) 340-6334
_Telephone number_

(212) 974-8474
_FAX number_

1

## **ATTESTATION**

2      I, Naomi Jane Gray, am the ECF user whose identification and password were used to file the

3   Notice of Appearance of Counsel Nancy E. Wolff.  Pursuant to Civil Local Rule 5-1, I hereby attest

4   that the signatory concurred in its filing.

5                                    */s/ Naomi Jane Gray*
                                   Naomi Jane Gray (SBN 230171)
6                                    ngray@shadesofgray.law

7                                    Attorneys for Defendants
8                                    TS Tech Solutions, LLC and Alamy Limited

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1