UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET HALLAHAN,

    Plaintiff,

  v.

TS TECH SOLUTIONS, LLC, et al.,

    Defendants.

Case No. 21-cv-01304-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

The parties have agreed to a settlement that has been announced on the record in Court.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: March 25, 2022



WILLIAM H. ORRICK
United States District Judge